IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | Cr. No.   6:04-48-GRA |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| Terrance Derrell Norman, ) | (Written Opinion) |
| ) | |
| Defendant. ) | |
| _____) | |

On May 19, 2005, this Court entered an Order denying the defendant's Motion to Compel. This Court now realizes it made a slight mistake in the May 19 Order. Instead of stating that the defendant pled guilty to only Count One of the three count indictment, the Order should have read that the Defendant pled guilty to all three counts of the indictment. This oversight in no way affected the decisional process used by the Court in deciding the merits of the motion, nor does it affect the conclusion drawn in the Order; namely, the motion to compel is DENIED.

IT IS THEREFORE ORDERED that defendant's motion to compel be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May __23__, 2005

1

## NOTICE OF RIGHT TO APPEAL

The defendant has the right to appeal this order within ten (10) days from the date of this Order, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.